UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**TOMM MILLER**

Plaintiff(s), Petitioner(s)

against

**TANYA ZUCKERBROT NUTRITION LLC, F-FACTOR GROUP, LLC AND TANYA ZUCKERBROT A/K/A TANYA BEYER**

Defendant(s), Respondent(s)

---

ATTORNEY: David S. Feather, Esq

Index No.: 13 CV 3296

DATE OF FILING: 5/16/2013

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU:  ss:

I, Alexander James, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Woodbury, NY.

That on **May 21, 2013 at 9:15 AM at 115 East 57th Street, 10th Floor, New York, NY 10022**, deponent served the **Summons in a Civil Action & Verified Complaint** upon **Tanya Zuckerbrot a/k/a Tanya Beyer**, defendant/respondent/recipient herein .

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **Tanya Zuckerbrot a/k/a Tanya Beyer**, personally; deponent knew said person so served to be the person mentioned and described as said defendant/respondent/recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:   Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **40** Height(Approx): **5' 5"** Weight(Approx): **100-110 lbs** Other:

I asked the defendant/respondent/recipient if he/she was in active military service of the United States or the State of New York in any capacity and received a negative reply. Defendant/respondent/recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent/recipient is not in the military service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on May 22, 2013

Craig L. Eisenberg
Notary Public, State of New York
Registration No. 01E16030725
Qualified in Suffolk County
Commission Expires September 20, 2013

_____
Alexander James,   License No. 1438821

Executive Attorney Services, 293 Castle Ave, Ste 1C, Westbury, NY 11590 (516) 333-3447
Case No.: 147733