United States District Court
Southern District of New York

Tomm Miller,

Plaintiff(s)

## AFFIDAVIT OF SERVICE

Index No. 13 CV 3296

-against-

Tanya Zuckerbrot Nutrition LLC, F-Factor Group, LLC and Tanya Zuckerbrot a/k/a Tanya Beyer,

Defendant(s)

State of New York )
ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on May 20, 2013 at approximately 3:45 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Civil Cover Sheet with Summons in a Civil Action and Verified Complaint, that the party served was Tanya Zuckerbrot Nutrition, LLC, a foreign limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Chad Matice, a white male with black hair, being approximately 21-35 years of age; height of 5'9" - 6'0", weight of 180-200 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

Mary M. Bonville

Sworn to before me this 20th day of May, 2013

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014

State of New York - Department of State
Receipt for Service

Receipt #: 201305210110
Cash #: 201305210002
Date of Service: 05/20/2013
Fee Paid: $40 - CHECK
Service Company: 08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: TANYA ZUCKERBROT NUTRITION, LLC

Plaintiff/Petitioner:
MILLER, TOMM

Service of Process Address:
TANYA ZUCKERBROT NUTRITION, LLC
115 EAST 57TH STREET, STE 1007
NEW YORK, NY 10022

Secretary of State
By CHAD MATICE